# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **EUGENE A. DARKOW** | Case No. 14-CR-250 |

HONORABLE WILLIAM C. GRIESBACH presiding     Time Called: 1:32 p.m.
Proceeding Held: June 1, 2015     Time Concluded: 2:16 p.m.
Deputy Clerk: Amanda     Tape: 060115

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Matthew L. Jacobs |
| EUGENE A. DARKOW in person and by: | Thomas G. Wilmouth |
| US PROBATION OFFICE by: | Mitchell Farra |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ The parties have no objections to the factual statements in the PSR

☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant

☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The government presents sentencing argument: Recommends a term of incarceration.

☒ The defendant presents sentencing argument: Requests a term of intermittent confinement along with supervision.

☒ Defendant exercises right of allocution.

☒ The court imposes sentence.

☒ The government dismisses count(s) 1 & 4

☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** _____ Months as to Count(s) _____ of the _____.
_____ Months as to Count(s) _____ of the _____.

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED: _____ months.

☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:** <u>   3   </u> Years as to Count(s) <u>  2 & 3  </u> of the indictment.

**Supervised Release:** _____ Months as to Count(s) _____ of the _____.
_____ Months as to Count(s) _____ of the _____.

**MONETARY PENALTIES**

**Special Assessment:** $ <u>50.00</u> due immediately

**Fine:** $ _____ ☐ fine waived

**Restitution:** $ <u>557,813.93</u> ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at _____.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

## Mandatory Conditions

- ☒ Report (to USPO as directed)
- ☒ Not commit another federal, state, local crime
- ☒ Not illegally possess any controlled substance
- ☐ Not to possess any firearms
- ☐ Cooperate in the collection of DNA
- ☐ Comply with requirements of SORNA
- ☐ Participate in approved domestic violence program

## Standard Conditions

- ☒ Not leave the state of WI without permission
- ☒ Answer inquiries truthfully/follow instructions
- ☐ Use best efforts to support dependents
- ☒ Use best efforts to find/maintain employment
- ☒ Provide 10-day notice of change of address
- ☐ Not purchase, possess drug paraphernalia
- ☐ Not go to places where drugs unlawfully used
- ☐ Not associate-persons engaged in criminal activity
- ☒ Permit USPO visits and confiscation of contraband
- ☒ Provide 72-hour notice of police contact
- ☐ Not act as informer/special agent without approval
- ☐

## Special Conditions

- ☐ Drug Testing – Special Condition
- ☐ Drug Testing – Standard Condition
- ☒ Drug Testing – Waived
- ☒ Monthly Restitution Payment: $ as directed by IRS
- ☐ Monthly Fine Payment: $ _____
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money: $ _____/month
- ☒ No New Lines of Credit
- ☒ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☐ No possession/use of computer – on-line access
- ☐ No possession/use of data encryption/erasure
- ☐ Provide computer passwords and logons
- ☐ Consent to computer searches
- ☐
- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☒ Community Correctional Center: as directed by USPO
- ☐ Residential Re-Entry Center: _____ days
- ☐ Cooperate with Bureau of Immigration/Customs
- ☒ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☐ Participate in mental health treatment program
- ☐ Participate in sex offender assessment/treatment
- ☐ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☐ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☐